ADDISON v. MOSS

No. 304P96

Case below: 122 N.C. App. 569

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 5 December 1996.

CARTER v. STANLY COUNTY

No. 350A96

Case below: 123 N.C. App. 235

Petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 12 November 1996.

CRAFT v. BILL CLARK CONSTRUCTION CO.

No. 474P96

Case below: 123 N.C. App. 777

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 5 December 1996.

HIEB v. HOWELL'S CHILD CARE CENTER

No. 443P96

Case below: 123 N.C. App. 61

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 5 December 1996.

IN RE FORECLOSURE OF AAL-ANUBIAIMHOTEPOKOROHAMZ

No. 337P96

Case below: 123 N.C. App. 133

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 5 December 1996.